# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| MACK BROTHERS, et al., | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) Civil No. 10-cv-87-P-S |
| | ) |
| MAINE STATE HOUSING AUTHORITY, | ) |
| | ) |
| **Defendants** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 38) filed October 19, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss with incorporated Motion for Summary Judgment (Docket No. 10) is **DENIED**.

                                            /s/ George Z. Singal
                                            United States District Judge

Dated this 29th day of November, 2010.