UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| MACK BROTHERS, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) Civil No. 10-cv-87-P-S |
| | ) |
| MAINE STATE HOUSING AUTHORITY, | ) |
| | ) |
| Defendant | ) |

## AMENDED ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 19, 2010, her Recommended Decision (Docket No. 38). Defendant filed its Objection to the Recommended Decision (Docket No. 39) on November 5, 2010. Plaintiffs filed their Response to Defendant's Objection to the Recommended Decision (Docket No. 40) on November 22, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Dismiss with incorporated Motion for Summary Judgment (Docket No. 10) is **DENIED**.

/s/George Z. Singal  
U.S. District Judge

Dated this 30th day of November, 2010.