**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| MACK BROTHERS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket no. 2:10-cv-87-GZS |
| | ) |
| MAINE STATE HOUSING AUTHORITY, | ) |
| | ) |
| Defendant & Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SHAUN DONOVAN, Secretary, United States Department of Housing & Urban Development, | ) |
| | ) |
| Third Party Defendant. | ) |

**ORDER OF REASSIGNMENT**

Having reviewed the docket in this matter as well as the docket in the related case of <u>One and Ken Valley Housing Group v. Maine State Housing Authority</u>, Docket No. 1:09-cv-642-DBH, the Court concludes that the claims are virtually identical and that the procedural posture of the two cases is similar. Under these circumstances, it serves the interests of justice and judicial efficiency to have the same magistrate judge assigned to both cases. Therefore, the Court hereby directs the Clerk to assign Magistrate Judge Kravchuk as the magistrate judge for any referred matter on this case.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 26th day of April, 2011.